DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440

Attorney for Plaintiff:
KEITH HOPSON


URTNOWSKI & ASSOCIATES, P.C.
Lisamarie McDermott, SBN 252827
18301 Von Karman Avenue, Suite 200
Irvine, California 92612
Telephone: (949) 752-0010
Facsimile: (949) 752-9320

Attorney for Defendants,
UNITED RENTALS, INC.,
and FREMONT GATE LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KEITH HOPSON,<br><br>       PLAINTIFF,<br><br>   v.<br><br>UNITED RENTALS INC., dba UNITED RENTALS BRANCH 42, FREMONT GATE LLC and DOES 1-10, inclusive,<br><br>       DEFENDANTS. | Case No.: 2:14-cv-01052-TLN-CKD<br><br>**JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND ORDER GRANTING THEREOF**<br><br>[FED. R. CIV. P. 16(b)(4)] |

Plaintiffs, KEITH HOPSON, and Defendants, UNITED RENTALS, INC., and FREMONT GATE LLC, hereby submit the following Joint Stipulation to Modify the Pretrial

**JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND ORDER GRANTING THEREOF**

Scheduling Order, pursuant to Federal Rules of Civil Procedure 16(b)(4) to move back, or extend, the discovery cut off date, by ninety (90) days. Specifically, the parties desires to move change the discovery cut off date from September 21st, 2015 to December 21st, 2015. This joint stipulation will be based upon the consent of both parties

Dated: August 24th, 2015                              /s/Daniel Malakauskas_____
                                                     Daniel Malakauskas, Attorney for
                                                     Plaintiff, KEITH HOPSON

Dated: August 24th, 2015                              /s/LisaMarie McDermott_____
                                                     J. Brian Urtnowski,
                                                     Lisamarie McDermott,
                                                     Attorneys for Defendants,
                                                     UNITED RENTALS, INC., and
                                                     FREMONT GATE LLC

**JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND ORDER GRANTING THEREOF**

**ORDER**

**IT IS HEREBY ORDERED**, that the discovery cut off date is changed from September 21st, 2015 to December 21st, 2015.

Dated: September 1, 2015

_____
Troy L. Nunley
United States District Judge

JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND ORDER GRANTING THEREOF